13390.3

BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD, 9TH FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel: 310\ 273-6333
Fax: 310\ 859-2325

RANDOLPH L. HOWARD, NV SBN 6688
KOLESAR & LEATHAM, CHTD.
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVENUE, SUITE 380
LAS VEGAS, NV 89102
TEL: 702-362-7800
FAX: 702-362-9472

Attorneys for James H. Donell,
Permanent Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>**ORDER APPROVING TWENTY-SECOND INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES**<br><br>Date:  June 15, 2010<br>Time: 9:00 a.m.<br>Ctrm:  6D |

The "Twenty-Second Interim Application For Approval Of Receiver's Fees And Expenses; Memorandum Of Points And Authorities; Declarations Of James H. Donell, Byron Z. Moldo, Randolph L. Howard, and James T. Schaefer In Support Thereof" ("Application"), having been filed with the Court, and notice of hearing

1  having been served upon all interested parties, the matter came on for hearing on June
2  15, 2010 at 9:00 a.m. in Courtroom 6D of the above-entitled Court, before the
3  Honorable Kent J. Dawson, United States District Judge.  Byron Z. Moldo of Ervin
4  Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent Receiver;
5  James H. Donell, Permanent Receiver appeared; other parties appeared as reflected in
6  the Court's minutes.

   The Court having read and considered the Application, all opposing and reply papers, and after hearing the statements and arguments of counsel, and being fully advised in the premises, rules as follows:

   1. IT IS HEREBY ORDERED that the Receiver's fees and expenses for the period April 1, 2009 through December 31, 2009, in the amounts of $ 24,353.50 and $ 2,564.44, respectively, are approved.

   2. IT IS FURTHER ORDERED that the fees and expenses of the Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services performed on behalf of the Receiver for the period April 1, 2009 through December 31, 2009, in the amounts of $ 51,870.00 and $ 4,514.94, respectively, are approved.

   3. IT IS FURTHER ORDERED that the fees and expenses of the Receiver's special Nevada counsel, Kolesar & Leatham, Chtd. ("Kolesar"), for legal services performed on behalf of the Receiver for the period April 1, 2009 through December 31, 2009, in the amounts of $ 6,592.75 and $ 8,994.86, respectively, are approved.

   4. IT IS FURTHER ORDERED that the fees and expenses of the Receiver's accountant, Schaefer & Co. ("Schaefer"), for accounting services performed on behalf of the Receiver for the period April 1, 2009 through December 31, 2009 in the amounts of $ 17,137.80 and $ 1,334.09, respectively, are approved.

   / / / /
   / / / /
   / / / /

1  5.   IT IS FURTHER ORDERED that the Receiver is authorized to pay the
2  Receiver, ECJ, Kolesar, and Schaefer the amount of approved fees and expenses from
3  the funds in his possession.

DATED: 6/21/2010

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE