1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

* * *

11

SECURITIES AND EXCHANGE
12  COMMISSION,

Case No.   2:03-cv-01514-KJD-LRL

13              Plaintiff,

**JUDGMENT RE:
GHAZAL LITIGATION (CASE NO.
A477918)**

14       vs.

15  GLOBAL EXPRESS CAPITAL REAL
    ESTATE INVESTMENT FUND I, LLC;
16  GLOBAL EXPRESS CAPITAL MORTGAGE
    CORP.; GLOBAL EXPRESS SECURITIES,
17  INC.; CONNIE S. FARRIS; and DAWN M.
    REESE,
18
              Defendants.
19

20

21          The trial of the claims set forth in the complaint filed in the Eighth Judicial District Court

22  in Case No. A477918 came on before this Court on November 29, 2010, the Honorable Kent J.

23  Dawson, United States District Judge, presiding.  This Court having heard and considered the

24  evidence presented during the course of said trial, the argument of counsel, having entered

25  findings of fact and conclusions of law in this matter on December 1, 2010 (Document No. 991),

26  being fully advised in the premises and good cause appearing,

27          **IT IS ORDERED, ADJUDGED, AND DECREED** that the deed of trust as involved in

28  this trial, which was recorded against that certain real property commonly known as 1660 S.

-1-

1 Valadez, Las Vegas, Nevada, Assessor's Parcel Number 163-04-605-009 (the "Property") on or

2 about June 9, 2003 in Book 20030609 as Document Number 03693 in the official records of the

3 Clark County Recorder's Office (the "Ghazal Deed of Trust") for the benefit of SAMIR

4 GHAZAL ("Ghazal") is invalid and unenforceable, and is hereby ordered expunged.

5     **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Ghazal is not

6 entitled to recover under that surety bond for release of court-ordered deposit posted by First

7 American, Bond No. 7586815, on file herein as Exhibit B to Document No. 693.

8     **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the surety bond

9 for release of court-ordered deposit posted by First American, Bond No. 7586815, on file herein

10 as Exhibit B to Document No. 693 is hereby discharged and First American is hereby released

11 from further responsibility in connection with said bond.

12     **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Ghazal is deemed

13 to be an unsecured creditor of the receivership estate and is entitled to a recovery in accordance

14 with his court-approved claim as filed herein.

15     **IT IS SO ORDERED.**

16     DATED this 23rd day of December, 2010.

17

18

19     THE HONORABLE KENT J. DAWSON
    UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28