13390.3

BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD, 9TH FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel: 310\ 273-6333
Fax: 310\ 859-2325

RANDOLPH L. HOWARD, NV SBN 6688
KOLESAR & LEATHAM, CHTD.
WELLS FARGO FINANCIAL CENTER
3320 W. SAHARA AVENUE, SUITE 380
LAS VEGAS, NV 89102
TEL: 702-362-7800
FAX: 702-362-9472

Attorneys for James H. Donell,
Permanent Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>**ORDER APPROVING TWENTY-FOURTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES**<br><br>Date:  March 18, 2011<br>Time:  9:00 a.m.<br>Ctrm:  6D |

The "Twenty-Fourth Interim Application For Approval Of Receiver's Fees And Expenses; Memorandum Of Points And Authorities; Declarations Of James H. Donell, Byron Z. Moldo, Randolph L. Howard, and James T. Schaefer In Support Thereof" ("Application"), having been filed with the Court, and notice of hearing

IDOCS:13390.3:1177096.1                              1
ORDER APPROVING TWENTY-FOURTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES

1  having been served upon all interested parties, the matter came on for hearing on
2  March 18, 2011, 2010 at 9:00 a.m. in Courtroom 6D of the above-entitled Court,
3  before the Honorable Kent J. Dawson, United States District Judge.  Byron Z. Moldo
4  of Ervin Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent
5  Receiver; James H. Donell, Permanent Receiver appeared; other parties appeared as
6  reflected in the Court's minutes.

7      The Court having read and considered the Application, all opposing and reply
8  papers, and after hearing the statements and arguments of counsel, and being fully
9  advised in the premises, rules as follows:

10      1.    IT IS HEREBY ORDERED that the Receiver's fees and expenses for the
11  period July 1, 2010 through December 31, 2010, in the amounts of $24,803.00 and
12  $3,310.42, respectively, are approved.

13      2.    IT IS FURTHER ORDERED that the fees and expenses of the
14  Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services
15  performed on behalf of the Receiver for the period July 1, 2010 through December 31,
16  2010, in the amounts of $43,059.50 and $4,728.65, respectively, are approved.

17      3.    IT IS FURTHER ORDERED that the fees and expenses of the
18  Receiver's special Nevada counsel, Kolesar & Leatham, Chtd. ("Kolesar"), for legal
19  services performed on behalf of the Receiver for the period July 1, 2010 through
20  December 31, 2010, in the amounts of $629.25 and $3.25, respectively, are approved.

21      4.    IT IS FURTHER ORDERED that the fees and expenses of the
22  Receiver's accountant, Schaefer & Co. ("Schaefer"), for accounting services
23  performed on behalf of the Receiver for the period July 1, 2010 through December 31,
24  2010 in the amounts of $13,746.75 and $712.50, respectively, are approved.
25  / / / /
26  / / / /
27  / / / /
28  / / / /

5.   IT IS FURTHER ORDERED that the Receiver is authorized to pay the Receiver, ECJ, Kolesar, and Schaefer the amount of approved fees and expenses from the funds in his possession.

DATED: March 18, 2011

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on **February** 25, **2011**, I electronically filed the foregoing document: **[PROPOSED] ORDER APPROVING RECEIVER'S TWENTY-FOURTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEE AND EXPENSES** with the clerk of the court using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Ambrish S Sidhu ecfnotices@sidhulawfirm.com
Aviva Y Gordon agordon@lvbusinesslaw.com, gailk@lvbusinesslaw.com, laurenc@lvbusinesslaw.com
Bryan R. Clark (Terminated) bclark@caneclark.com
CiCi Cunningham CiCiEsq@cox.net
David J. Winterton david@davidwinterton.com, ddoxey@davidwinterton.com, diane@davidwinterton.com, rich@davidwinterton.com
Douglas L. Monson dmonson@gooldpatterson.com, cbradshaw@gooldpatterson.com
Eric R. Olsen ERO@gordonsilver.com, usdcnotices@gordonsilver.com, vlt@gordonsilver.com
Erika P Turner usdcnotices@gordonsilver.com
Gregory L Wilde feddc@wildelaw.com
Kristina Pickering kp@morrislawgroup.com, pac@morrislawgroup.com
Lawrence J Semenza, II lsemenza@semenzalawfirm.com
Lisa A Rasmussen lisa@lrasmussenlaw.com, Alex@lrasmussenlaw.com, Secretary@lrasmussenlaw.com, josh@lrasmussenlaw.com
Louis E Garfinkel law@lgkattorneys.com, dstrawder@lgkattorneys.com
Marianne Gatti marianne@lasvegas13.com
Michelle L. Cantwell mcantwell@klnevada.com, dhoule@klnevada.com, usdistrict@klnevada.com
Randolph L. Howard rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com
Ronald H Reynolds ron@reynoldslawyers.com, kim@reynoldslawyers.com
Ronald W. Truman ront@dixontruman.com
T. Louis Palazzo louis@palazzolawfirm.com, brandi@palazzolawfirm.com
David J Van Havermaat vanhavermaatd@sec.gov, marcelom@sec.gov
Randall R Lee leerr@sec.gov
Peter Alan Davidson pdavidson@ecjlaw.com, lmacdonald@ecjlaw.com
Byron Z. Moldo (Terminated) bmoldo@ecjlaw.com, lpekrul@ecjlaw.com, sarah.greenberg@jalmar.com, tmelendez@ecjlaw.com
Joseph G. Went jwent@klnevada.com, kdunn@klnevada.com, usdistrict@klnevada.com
Kevin S. Soderstrom feddc@wildelaw.com

I further certify that I mailed the foregoing document and the Notice of Electronic filing by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Briane Nelson Mitchell, Esq.<br>Securities and Exchange Commission<br>Pacific Regional Office, 11th Floor<br>5670 Wilshire Blvd.<br>Los Angeles, CA 90036-3648<br>*Counsel for Plaintiff, SEC* | |
| *INTERESTED PARTIES*<br>*[SEE ATTACHED ADDITIONAL SERVICE LIST]* | |

                       /s/ BYRON Z. MOLDO
                       **BYRON Z. MOLDO**
                       **Ervin Cohen & Jessup LLP**
                       **9401 Wilshire Blvd., 9th Floor**
                       **Beverly Hills, CA 90212-2974**
                       **Tel: 310/273-6333 / Fax: 310/859-2325**
                       **Email: bmoldo@ecjlaw.com**

IDOCS:13390.3 (16940.5):777131.1

## Manual Notice List

Connie S. Farris
P.O. Box 62
Arroyo Grande, CA 93421

Samir Ghazal
2509 Manchester Bay Ave
Las Vegas, NV 89031

Sheryl A. Lubotsky
5021 S. Elati Street
Englewood, CO 80110

Said Mobin
722 N. Royal Crest Cir. #36
Las Vegas, NV 89109

Paris W. Robert
4330 S. Eastern Ave.
Suite 261
Las Vegas, NV 89119