13390.3
**BYRON Z. MOLDO, CA SBN 109652**
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Telephone No: (310) 273-6333
Facsimile No: (310) 859-2325
bmoldo@ecjlaw.com

**RANDOLPH L. HOWARD, NV Bar No. 6688**
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, NV 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
rhoward@klnevada.com

Attorneys for James H. Donell, Permanent Receiver

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC; GLOBAL EXPRESS CAPITAL MORTGAGE CORP.; GLOBAL EXPRESS SECURITIES, INC.; CONNIE S. FARRIS; and DAWN M. REESE,<br><br>  Defendants. | Case No. CV-S-03-1514-KJD (LRL)<br><br>ORDER GRANTING MOTION OF JAMES H. DONELL, PERMANENT RECEIVER, TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH THE TRAVELERS INDEMNITY COMPANY, AMERICAN EXCHANGE, INC., HACIENDA STRUCTURES LLC, BLACKSTONE STRUCTURES, AND HALSTON MICHAEL<br><br>Date:<br>Time:  [No Hearing Scheduled]<br>Crtrm: |

The "Motion of James H. Donell, Permanent Receiver, to Approve Settlement Agreement and Release with The Travelers Indemnity Company, American Exchange, Inc., Hacienda Structures LLC, Blackstone Structures, and Halston Michael; Memorandum of Points and Authorities; Declaration of James H. Donell" ("Motion"), having been filed with the Court, and notice of the Motion having been provided to all interested parties, there being no objections to the Motion as set forth in the Notice of Non-Opposition ("Notice") filed with the Court, the

IDOCS:13390.3:1187400.1                                1

1  matter came on for hearing before the Honorable Kent J. Dawson, United States District Court
2  Judge.
3        The Court having read and considered the Motion, the Notice, and being fully advised in
4  the premises, rules as follows:
5        1.   IT IS HEREBY ORDERED that the Motion is granted.
6        2.   IT IS FURTHER ORDERED that the Settlement Agreement and Release
7  ("Agreement") attached as Exhibit "A" to the Motion is approved.
8        3.   IT IS FURTHER ORDERED that the Receiver is authorized and instructed to
9  execute all documents and/or instruments, and to do all of the acts necessary to effect the
10 Agreement.

12 DATED: __4/14__, 2011  _____
13                               THE HONORABLE KENT J. DAWSON
                              UNITED STATES DISTRICT JUDGE