13390.3

**BYRON Z. MOLDO, SBN 109652**
**ERVIN COHEN & JESSUP LLP**
**9401 WILSHIRE BOULEVARD, 9TH FLOOR**
**BEVERLY HILLS, CALIFORNIA 90212**
**Tel: 310\ 273-6333**
**Fax: 310\ 859-2325**

**RANDOLPH L. HOWARD, NV SBN 6688**
**KOLESAR & LEATHAM, CHTD.**
**WELLS FARGO FINANCIAL CENTER**
**400 S. RAMPART BLVD., SUITE 400**
**LAS VEGAS, NV 89145**
**TEL: 702-362-7800**
**FAX: 702-362-9472**

**Attorneys for James H. Donell,**
**Permanent Receiver**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>        Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>**ORDER APPROVING TWENTY-FIFTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES**<br><br>Date:    September 13, 2011<br>Time:   9:00 a.m.<br>Ctrm:   6D |

     The "Twenty-Fifth Interim Application For Approval Of Receiver's Fees And Expenses; Memorandum Of Points And Authorities; Declarations Of James H. Donell, Byron Z. Moldo, Randolph L. Howard, and James T. Schaefer In Support Thereof" ("Application"), having been filed with the Court, and notice of hearing

1  having been served upon all interested parties, the matter came on for hearing on
2  September 13, 2011, 2010 at 9:00 a.m. in Courtroom 6D of the above-entitled Court,
3  before the Honorable Kent J. Dawson, United States District Judge.  Byron Z. Moldo
4  of Ervin Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent
5  Receiver; James H. Donell, Permanent Receiver appeared; other parties appeared as
6  reflected in the Court's minutes.

7      The Court having read and considered the Application, all opposing and reply
8  papers, and after hearing the statements and arguments of counsel, and being fully
9  advised in the premises, rules as follows:

10      1.    IT IS HEREBY ORDERED that the Receiver's fees and expenses for the
11  period January 1, 2011 through June 30, 2011, in the amounts of $9,675.00 and
12  $1,718.45, respectively, are approved.

13      2.    IT IS FURTHER ORDERED that the fees and expenses of the
14  Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services
15  performed on behalf of the Receiver for the period January 1, 2011 through June 30,
16  2011, in the amounts of $23,394.00 and $2,852.51, respectively, are approved.

17      3.    IT IS FURTHER ORDERED that the fees and expenses of the
18  Receiver's special Nevada counsel, Kolesar & Leatham, Chtd. ("Kolesar"), for legal
19  services performed on behalf of the Receiver for the period January 1, 2011 through
20  June 30, 2011, in the amounts of $181.00 and $34.75, respectively, are approved.

21      4.    IT IS FURTHER ORDERED that the fees and expenses of the
22  Receiver's accountant, Schaefer & Co. ("Schaefer"), for accounting services
23  performed on behalf of the Receiver for the period January 1, 2011 through June 30,
24  2011 in the amounts of $880.40 and $ -0-, respectively, are approved.
25  / / / /
26  / / / /
27  / / / /
28  / / / /

5.   IT IS FURTHER ORDERED that the Receiver is authorized to pay the Receiver, ECJ, Kolesar, and Schaefer the amount of approved fees and expenses from the funds in his possession.

DATED: September 13, 2011   _____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE