13390.3

**BYRON Z. MOLDO, SBN 109652**
**ERVIN COHEN & JESSUP LLP**
**9401 WILSHIRE BOULEVARD, 9TH FLOOR**
**BEVERLY HILLS, CALIFORNIA 90212**
**Tel: 310\ 273-6333**
**Fax: 310\ 859-2325**

**RANDOLPH L. HOWARD, NV SBN 6688**
**KOLESAR & LEATHAM, CHTD.**
**WELLS FARGO FINANCIAL CENTER**
**400 S. RAMPART BLVD., SUITE 400**
**LAS VEGAS, NV 89145**
**TEL: 702-362-7800**
**FAX: 702-362-9472**

**Attorneys for James H. Donell,**
**Permanent Receiver**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>**ORDER APPROVING TWENTY-FIFTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES**<br><br>Date:   September 13, 2011<br>Time:   9:00 a.m.<br>Ctrm:   6D |

The "Twenty-Fifth Interim Application For Approval Of Receiver's Fees And Expenses; Memorandum Of Points And Authorities; Declarations Of James H. Donell, Byron Z. Moldo, Randolph L. Howard, and James T. Schaefer In Support Thereof" ("Application"), having been filed with the Court, and notice of hearing

1  having been served upon all interested parties, the matter came on for hearing on
2  September 13, 2011, 2010 at 9:00 a.m. in Courtroom 6D of the above-entitled Court,
3  before the Honorable Kent J. Dawson, United States District Judge.  Byron Z. Moldo
4  of Ervin Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent
5  Receiver; James H. Donell, Permanent Receiver appeared; other parties appeared as
6  reflected in the Court's minutes.

The Court having read and considered the Application, all opposing and reply papers, and after hearing the statements and arguments of counsel, and being fully advised in the premises, rules as follows:

1.   IT IS HEREBY ORDERED that the Receiver's fees and expenses for the period January 1, 2011 through June 30, 2011, in the amounts of $9,675.00 and $1,718.45, respectively, are approved.

2.   IT IS FURTHER ORDERED that the fees and expenses of the Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services performed on behalf of the Receiver for the period January 1, 2011 through June 30, 2011, in the amounts of $23,394.00 and $2,852.51, respectively, are approved.

3.   IT IS FURTHER ORDERED that the fees and expenses of the Receiver's special Nevada counsel, Kolesar & Leatham, Chtd. ("Kolesar"), for legal services performed on behalf of the Receiver for the period January 1, 2011 through June 30, 2011, in the amounts of $181.00 and $34.75, respectively, are approved.

4.   IT IS FURTHER ORDERED that the fees and expenses of the Receiver's accountant, Schaefer & Co. ("Schaefer"), for accounting services performed on behalf of the Receiver for the period January 1, 2011 through June 30, 2011 in the amounts of $880.40 and $ -0-, respectively, are approved.

/ / / /
/ / / /
/ / / /
/ / / /

5. IT IS FURTHER ORDERED that the Receiver is authorized to pay the Receiver, ECJ, Kolesar, and Schaefer the amount of approved fees and expenses from the funds in his possession.

DATED: September 13, 2011

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE