13390.3
BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD, 9TH FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel: 310\ 273-6333
Fax: 310\ 859-2325

RANDOLPH L. HOWARD, NV SBN 6688
KOLESAR & LEATHAM, CHTD.
WELLS FARGO FINANCIAL CENTER
400 S. RAMPART BLVD., SUITE 400
LAS VEGAS, NV 89145
TEL: 702-362-7800
FAX: 702-362-9472

Attorneys for James H. Donell,
Permanent Receiver

```
____ FILED           ____ RECEIVED
____ ENTERED         ____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

        MAY 1 5 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>                    Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>ORDER APPROVING TWENTY-SIXTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES<br><br>Date:  May 15, 2012<br>Time:  9:00 a.m.<br>Ctrm:  6D |

The "Twenty-Sixth Interim Application For Approval Of Receiver's Fees And Expenses; Memorandum Of Points And Authorities; Declarations Of James H. Donell, Byron Z. Moldo, Randolph L. Howard, and James T. Schaefer In Support Thereof" ("Application"), having been filed with the Court, and notice of hearing

1  having been served upon all interested parties, the matter came on for hearing on May
2  15, 2012, 2010 at 9:00 a.m. in Courtroom 6D of the above-entitled Court, before the
3  Honorable Kent J. Dawson, United States District Judge. Byron Z. Moldo of Ervin
4  Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent Receiver;
5  James H. Donell, Permanent Receiver appeared; other parties appeared as reflected in
6  the Court's minutes.

7      The Court having read and considered the Application, all opposing and reply
8  papers, and after hearing the statements and arguments of counsel, and being fully
9  advised in the premises, rules as follows:

10      1.    IT IS HEREBY ORDERED that the Receiver's fees and expenses for the
11  period July 1, 2011 through February 29, 2012, in the amounts of $36,996.00 and
12  $3,224.51, respectively, are approved.

13      2.    IT IS FURTHER ORDERED that the fees and expenses of the
14  Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services
15  performed on behalf of the Receiver for the period July 1, 2011 through February 29,
16  2012, in the amounts of $50,532.00 and $4,735.10, respectively, are approved.

17      3.    IT IS FURTHER ORDERED that the fees and expenses of the
18  Receiver's special Nevada counsel, Kolesar & Leatham, Chtd. ("Kolesar"), for legal
19  services performed on behalf of the Receiver for the period July 1, 2011 through
20  February 29, 2012, in the amounts of $91,322.50 and $15,741.34, respectively, are
21  approved.

22      4.    IT IS FURTHER ORDERED that the fees and expenses of the
23  Receiver's accountant, Schaefer & Co. ("Schaefer"), for accounting services
24  performed on behalf of the Receiver for the period July 1, 2011 through February 29,
25  2012, in the amounts of $8,149.18 and $371.00, respectively, are approved.
26  ////
27  ////
28  ////

1  5.   IT IS FURTHER ORDERED that the Receiver is authorized to pay the
2  Receiver, ECJ, Kolesar, and Schaefer the amount of approved fees and expenses from
3  the funds in his possession.

4

5  DATED: May 15, 2012   _____
6                          KENT J. DAWSON
7                          UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on **April 20, 2012**, I electronically filed the foregoing document: **TWENTY-SIXTH INTERIM APPLICATION FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES H. DONELL, BYRON Z. MOLDO AND RANDOLPH L. HOWARD IN SUPPORT THEREOF** with the clerk of the court using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Ambrish S Sidhu ecfnotices@sidhulawfirm.com

Aviva Y Gordon agordon@lvbusinesslaw.com, gailk@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

Bryan R. Clark (Terminated) bclark@caneclark.com

CiCi Cunningham CiCiEsq@cox.net

David J. Winterton david@davidwinterton.com, ddoxey@davidwinterton.com, diane@davidwinterton.com, Rich@davidwinterton.com

Douglas L. Monson dmonson@gooldpatterson.com, cbradshaw@gooldpatterson.com

Eric R. Olsen ERO@gordonsilver.com, usdcnotices@gordonsilver.com, vlt@gordonsilver.com

Erika P Turner usdcnotices@gordonsilver.com, eturner@gordonsilver.com

Gregory L Wilde feddc@wildelaw.com

Kristina Pickering kp@morrislawgroup.com, pac@morrislawgroup.com

Lawrence J Semenza, II lsemenza@semenzalawfirm.com, oar@semenzalawfirm.com

Lisa A Rasmussen lisa@lrasmussenlaw.com, Alex@lrasmussenlaw.com, Julian@lrasmussenlaw.com, Secretary@lrasmussenlaw.com

Louis E Garfinkel law@lgkattorneys.com, dstrawder@lgkattorneys.com

Marianne Gatti marianne.gatti@gmail.com

Michelle L. Cantwell mcantwell@klnevada.com, dhoule@klnevada.com, usdistrict@klnevada.com

Randolph L. Howard rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

Ronald H Reynolds ron@reynoldslawyers.com, kim@reynoldslawyers.com

Ronald W. Truman ront@dixontruman.com

Shawn W. Miller smiller@millerwrightlaw.com, efile@millerwrightlaw.com, ewright@millerwrightlaw.com, ltreadway@millerwrightlaw.com

T. Louis Palazzo louis@palazzolawfirm.com, brandi@palazzolawfirm.com

David J Van Havermaat vanhavermaatd@sec.gov, marcelom@sec.gov

Randall R Lee leerr@sec.gov

Peter Alan Davidson pdavidson@ecjlaw.com, lmacdonald@ecjlaw.com

Byron Z. Moldo (Terminated) bmoldo@ecjlaw.com, lpekrul@ecjlaw.com, sarah.greenberg@jalmar.com, tmelendez@ecjlaw.com

Joseph G. Went JGWent@hollandhart.com, amsinibaldi@hollandhart.com, usdistrict@klnevada.com

Kevin S. Soderstrom feddc@wildelaw.com

I further certify that I mailed the foregoing document and the Notice of Electronic filing by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Briane Nelson Mitchell, Esq.<br>Securities and Exchange Commission<br>Pacific Regional Office, 11th Floor<br>5670 Wilshire Blvd.<br>Los Angeles, CA  90036-3648<br>*Counsel for Plaintiff, SEC* | |
| *INTERESTED PARTIES*<br>*[SEE ATTACHED ADDITIONAL SERVICE LIST]* | |

/s/ BYRON Z. MOLDO
BYRON Z. MOLDO
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA  90212-2974
Tel: 310/273-6333 / Fax: 310/859-2325
Email: bmoldo@ecjlaw.com

IDOCS:13390.003:777131.1

**Manual Notice List**

Connie S. Farris
P.O. Box 62
Arroyo Grande, CA 93421

Samir Ghazal
2509 Manchester Bay Ave
Las Vegas, NV 89031

Sheryl A. Lubotsky
5021 S. Elati Street
Englewood, CO 80110

Said Mobin
722 N. Royal Crest Cir. #36
Las Vegas, NV 89109

Paris W. Robert
4330 S. Eastern Ave.
Suite 261
Las Vegas, NV 89119