# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, *et al.*,<br><br>            Defendants. | Case No. 2:03-CV-01514-KJD-LRL<br><br>**ORDER** |

Presently before the Court is Defendant Connie Farris's Motion for Application to Proceed *In Forma Pauperis* (#1019) and Motion for Violation of Sixth Amendment Right (#1020).  Both motions appear to be addressed to the Ninth Circuit Court of Appeals and mainly address issues related to her criminal proceedings.  For example, Farris's Sixth Amendment right to assistance of counsel arises only in criminal proceedings.  Therefore, the Court denies the motions.  Even if the application to proceed *in forma pauperis* were properly before the Court, it would be denied since the asserted appeal is frivolous and not taken in good faith.

To the extent that Farris raises issues regarding the amount of disgorgement that was vacated by the Ninth Circuit Court of Appeals, the Court orders Plaintiff and Defendant Connie Farris to file

a brief with evidentiary support, detailing what each party believes the correct amount of disgorgement to be ordered in accordance with the Memorandum (#897) of the Ninth Circuit Court of Appeals.  The briefs should be filed within thirty (30) days of the entry of this order.

**IT IS SO ORDERED**.

DATED this 21st day of August 2012.

_____
Kent J. Dawson
United States District Judge