UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>ORDER REGARDING SETTLEMENT OF ORDER TO SHOW CAUSE RE CONTEMPT DIRECTED TO PARIS ROBERT<br><br>Date:   August 14, 2012<br>Time:  9:00 a.m.<br>Ctrm:   6D |

On August 14, 2012 at 9:00 a.m. in Courtroom 6D of the above-entitled Court before the Honorable Kent J. Dawson, United States District Judge, the Order To Show Cause Re Contempt Directed To Paris Robert came on for hearing. Byron Z. Moldo of Ervin Cohen & Jessup LLP appeared on behalf of James H. Donell, Permanent Receiver; James H. Donell, Permanent Receiver, appeared; T. Lewis

Palazzo appeared on behalf of Paris Robert ("Robert"); Robert also appeared. At the time and place of the hearing, the Receiver and Robert announced that they had entered into an agreement to resolve the pending Order to Show Cause Re Contempt. The Court, having heard the terms of the settlement, rules as follows:

1. IT IS HEREBY ORDERED that Robert shall pay the sum of $17,500.00 to the Receiver on or before October 15, 2012.

2. IT IS FURTHER ORDERED that Robert forfeits any and all rights to receive prior or future distributions of funds from the Receiver and the Receivership Estate, which distributions are estimated to have a value of approximately $60,000.00.

3. IT IS FURTHER ORDERED that the pending Order to Show Cause Re Contempt against Robert is continued to October 31, 2012 at 9:00 a.m. as a status conference.

4. IT IS FURTHER ORDERED that in the event Robert pays the sum of $17,500.00 to the Receiver on or before October 15, 2012, the Receiver or his counsel shall contact the Court and request that the October 31, 2012 status conference be vacated.

DATED: August 22, 2012

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE