13390.3

BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 WILSHIRE BOULEVARD, 9^(TH) FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel:  310\ 273-6333
Fax: 310\ 859-2325

RANDOLPH L. HOWARD, NV SBN 6688
KOLESAR & LEATHAM, CHTD.
WELLS FARGO FINANCIAL CENTER
400 S. RAMPART BLVD., SUITE 400
LAS VEGAS, NV 89145
TEL: 702-362-7800
FAX: 702-362-9472

Attorneys for James H. Donell,
Permanent Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, et al.,<br><br>　　　　　Defendants. | CASE NO.: CV-S-03-1514-KJD-LRL<br><br>**ORDER APPROVING APPLICATION TO APPROVE RECEIVER'S FEES AND EXPENSES INCURRED AFTER FINAL ACCOUNT AND REPORT** |

The "Application of Receiver to Approve Receiver's Fees and Expenses Incurred After Final Account and Report of Receiver; Memorandum Of Points And Authorities; Declarations Of James H. Donell and Byron Z. Moldo" ("Application"), having been filed with the Court and served upon all interested parties, there being no

opposition to the Application as set forth in the Notice of Non-Opposition, the matter came before the Honorable Kent J. Dawson, United States District Judge.

The Court having read and considered the Application, the Notice of Non-Opposition, and being fully advised in the premises, rules as follows:

1. IT IS HEREBY ORDERED that the Receiver's fees and expenses for the period January 1, 2013 through the termination of the receivership estate in the amounts of $943.50 and $ -0-, respectively, are approved.

2. IT IS FURTHER ORDERED that the fees and expenses of the Receiver's general counsel, Ervin Cohen & Jessup LLP ("ECJ"), for legal services performed on behalf of the Receiver for the period January 1, 2013 through the termination of the receivership estate in the amounts of $5,967.50 and $608.23, respectively, are approved.

3. IT IS FURTHER ORDERED that the Receiver is authorized to pay the Receiver and ECJ the amounts of approved fees and expenses from the funds in his possession.

4. IT IS FURTHER ORDERED that the Receiver is authorized to distribute any remaining funds in the Receivership Estate, after payment of approved fees and costs to the Receiver and ECJ, *pro rata,* to investors with Court-approved claims.

DATED: May 8, 2013

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

13390.3:1782525.1

2

ORDER APPROVING APPLICATION OF RECEIVER TO APPROVE RECEIVER'S FEES AND EXPENSES
INCURRED AFTER FINAL ACCOUNT AND REPORT OF RECEIVER