# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

GLOBAL EXPRESS CAPITAL REAL
ESTATE INVESTMENT FUND I, LLC,
*et al*.,

       Defendants.

Case No. 2:03-CV-01514-KJD-LRL

**ORDER**

    Presently before the Court are Defendant Connie Farris's Motion to Reconsider (#1039) and Motion to Extend Time (#1044). Farris seeks to have the Court reconsider its order denying her appointment of counsel and to extend time to file her response brief regarding disgorgement and payment of prejudgment interest. However, the Securities and Exchange Commission ("SEC") filed notice (#1042) that was forgoing its claim for disgorgement and prejudgment interest. Therefore the Court entered final judgment (#1043) without ordering disgorgement or prejudgment interest. Therefore, Farris's motions are denied as moot.

    DATED this 24th day of September 2013.

_____
Kent J. Dawson
United States District Judge