# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

GLOBAL EXPRESS CAPITAL REAL
ESTATE FUND, LLC, *et al.*,

      Defendants.

Case No. 2:03-CV-01514-KJD-LRL

**ORDER**

      Presently before the Court is Defendant Connie Farris's Motion for Proof of Service (#1065). Having read and considered the motion, the Court grants the motion to the extent that Defendant requests a copy of the SEC's Notice (#1042) and denied in all other respects.  The Clerk of the Court is hereby ordered to send a copy of Docket No. 1042 to Defendant Farris.

**IT IS SO ORDERED.**

      DATED this 24th day of September 2013.

Kent J. Dawson
United States District Judge