# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>GLOBAL EXPRESS CAPITAL REAL ESTATE FUND, LLC, *et al.*,<br><br>       Defendants. | Case No. 2:03-CV-01514-KJD-LRL<br><br>**ORDER** |

Presently before the Court is Defendant Connie Farris's Motion for Proof of Service (#1065). Having read and considered the motion, the Court grants the motion to the extent that Defendant requests a copy of the SEC's Notice (#1042) and denied in all other respects. The Clerk of the Court is hereby ordered to send a copy of Docket No. 1042 to Defendant Farris.

**IT IS SO ORDERED.**

DATED this 24th day of September 2013.

_____
Kent J. Dawson
United States District Judge